J-A11009-17

2017 PA Super 295

| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|
| Appellee | |
| v. | |
| SHERRY LYNN WISE | |
| Appellant | No. 1684 MDA 2016 |

Appeal from the Judgment of Sentence September 13, 2016
In the Court of Common Pleas of York County
Criminal Division at No(s): CP-67-CR-0006928-2015

BEFORE: SHOGAN, J., MOULTON, J., and STEVENS, P.J.E.[*]

CONCURRING STATEMENT BY MOULTON, J.: **FILED SEPTEMBER 15, 2017**

I agree with the majority's conclusion that the evidence was sufficient to support Appellant's conviction, and concur with its decision to affirm the judgment of sentence. However, I do not join the majority's analysis of the statutory interpretation question briefed by the parties, as I believe it is unnecessary to a proper disposition of this case.

Appellant was charged with violating 75 Pa.C.S. § 3733 under two different theories – failing to bring her vehicle to a stop after being directed to stop; and fleeing after being directed to stop. While both theories were submitted to the jury, the jury instructions delivered by the trial court required a finding that Appellant "was aware of the officer's signal to stop

_____

[*] Former Justice specially assigned to the Superior Court.

and refused to do so," N.T., 9/12/16, at 119. Accordingly, we need not consider the question whether the statute's reference to "a pursuing police officer" modifies "otherwise flees," because no one contends that it modifies "fails or refuses to . . . stop."